**BRUNSWICK CORPORATION, Sea Ray Boats, Inc., Appellants**

v.

**COBALT BOATS, LLC, Appellee**

2017-1065

United States Court of Appeals, Federal Circuit.

September 7, 2017

JASON C. WHITE, Morgan, Lewis & Bockius LLP, Chicago, IL, argued for appellants. Also represented by SCOTT D. SHERWIN; WILLIAM R. PETERSON, Houston, TX; JULIE S. GOLDEMBERG, Pittsburgh, PA; DAVID M. MORRIS, Washington, DC; CHRISTOPER REAGAN LIRO, AARON T. OLEJNICZAK, Andrus Intellectual Property Law, LLP, Milwaukee, WI.

Penny R. Slicer, Stinson Morrison Hecker LLP, Kansas City, MO, argued for appellee. Also represented by Bradley Scott Eidson, Samir Ramesh Mehta, St. Louis, MO.

(Dyk, Moore, and Taranto, Circuit Judges).

## JUDGMENT

Per Curiam

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**